**Gerald HAWKINS, Plaintiff–Appellant,**

v.

**ARAMARK FACILITIES SERVICES, INCORPORATED, Defendant–Appellee,**

and

**Don Wiggins, Defendant.**

**No. 02–1304.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Gerald Hawkins, Appellant Pro Se. Robert Ross Niccolini, McGuirewoods, L.L.P., Baltimore, Maryland, for Appellee.

Before WILKINS, TRAXLER, and GREGORY,* Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gerald Hawkins seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on February 7, 2001. Hawkins' notice of appeal was filed on March 13, 2002. Because Hawkins failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*